## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>)<br>**v.** )<br>)<br>**EUGENE M. MARTIN,** )<br>)<br>**DEFENDANT** | **NO. 2:94-CR-14-DBH-02** |

## PROCEDURAL ORDER

Since the defendant has completed his entire Maine sentence, the prior orders issued by the Court on September 1, 2011, are **MOOT**. The defendant is still free to seek relief from his current sentence in the District that imposed it.

**SO ORDERED.**

**DATED THIS 15TH DAY OF SEPTEMBER, 2011**

 

**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**